■ JAMES VANCE, Also Known as JAMES McCRAG, an Infant, by MARY VANCE, His Guardian ad Litem, et al., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ALBERT S. ELIAS, Appellant, v. DOROTHY HELLER et al., Individually and Doing Business as O. K. WINDOW CLEANING Co., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ OVERSEAS METAL & ORE CORPORATION, Respondent, v. SUPERINTENDENCE COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of VIRGINIA NOLTE, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Intervenor-Respondent.— Order, entered on February 16, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of 358 W. 52ND ST. CORP., Appellant, v. BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York, Respondent.— Order, entered on January 25, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JOHN E. COLLINS, Appellant, v. CARVER FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ. [28 Misc 2d 969.]